# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

————————————————

Case No. 6D23-1264
Lower Tribunal No. 2016-CA-006792-O

————————————————

YOUNG CINO and JAMES CINO,

Appellants,

v.

U.S. BANK, NATIONAL ASSOCIATION, as Trustee for the RMAC TRUST, SERIES 2016-CTT, HERITAGE PLACE II PROPERTY OWNERS ASSOCIATION, INC., and NATIONSTAR MORTGAGE, LLC,

Appellees.

————————————————

Appeal from the Circuit Court for Orange County.
Kevin B. Weiss, Judge.

December 5, 2023

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and MIZE, JJ., concur.


David S. Cohen, of Law Offices of David S. Cohen, LC, Orlando, for Appellants.

Adam A. Diaz, and Kathleen Achille, of Diaz Anselmo & Associates, P.A., Fort Lauderdale, for Appellee, U.S. Bank National Association, as Trustee for the RMAC Trust, Series 2016-CTT.

No Appearance for Appellees, Heritage Place II Property Owners Association, Inc., and Nationstar Mortgage, LLC.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED